## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **JOSE J. GUEVARA**, | Bankruptcy 16-01022 |
| Debtor. | Honorable Bruce W. Black |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #34)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on August 25, 2016.

Dated: August 25, 2016            **Zane L. Zielinski**, not individually but as the chapter 7 trustee of the bankruptcy estate of **Jose J. Guevara,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

## ECF SERVICE LIST

- **Wayne L Johnson**   admin@johnsonjohnson.law
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Steven A Montalto**   smontalto@cassiday.com

## MANUAL SERVICE LIST

| VIA U.S. MAIL | VIA U.S. MAIL |
|---|---|
| Andrew DeLuca, General Counsel | Jose J. Guevara |
| Total Finance AC LLC | 1002 E. Clinton Street |
| 3400 N. Pulaski | Joliet, IL 60432 |
| Chicago, IL 60641 | |