# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Jose J. Guevara | § | Case No. 16-01022 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 13,000.00                         Assets Exempt: 6,900.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 4,789.99          Claims Discharged
                                                     Without Payment: 18,531.61

Total Expenses of Administration: 1,838.01

---

3) Total gross receipts of $ 6,628.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 6,628.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,838.01 | 1,838.01 | 1,838.01 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 20,437.00 | 23,321.60 | 23,321.60 | 4,789.99 |
| **TOTAL DISBURSEMENTS** | $ 20,437.00 | $ 25,159.61 | $ 25,159.61 | $ 6,628.00 |

    4) This case was originally filed under chapter 7 on 01/13/2016. The case was pending for 9 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/13/2016            By:/s/Zane L. Zielinski
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1986 Chevrolet Monte Carlo SS | 1129-000 | 4,800.00 |
| 2015 State and Federal Tax Refund | 1229-000 | 1,828.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 6,628.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski | 2100-000 | NA | 1,412.80 | 1,412.80 | 1,412.80 |
| Zane L. Zielinski | 2200-000 | NA | 10.70 | 10.70 | 10.70 |
| Associated Bank | 2600-000 | NA | 40.00 | 40.00 | 40.00 |
| American Auction Associates, Inc. | 3620-000 | NA | 374.51 | 374.51 | 374.51 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,838.01 | $ 1,838.01 | $ 1,838.01 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Total Finance Ac, Llc | 7200-000 | 20,437.00 | 23,321.60 | 23,321.60 | 4,789.99 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 20,437.00 | $ 23,321.60 | $ 23,321.60 | $ 4,789.99 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-01022 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Jose J. Guevara | | | | Date Filed (f) or Converted (c): | 01/13/2016 (f) |
| | | | | | 341(a) Meeting Date: | 02/04/2016 |
| For Period Ending: | 10/13/2016 | | | | Claims Bar Date: | 05/16/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 2. 1986 Chevrolet Monte Carlo SS | 4,000.00 | 4,800.00 | | 4,800.00 | FA |
| 3. 2003 Mustang GT | 2,400.00 | 0.00 | | 0.00 | FA |
| 4. TCF Checking Account (u) | 0.00 | 0.00 | | 0.00 | FA |
| 5. 2015 State and Federal Tax Refund (u) | 5,474.00 | 1,828.00 | | 1,828.00 | FA |
| 6. Insurance Proceeds for Stolen Truck (u) | 13,000.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)    $25,374.00    $6,628.00    $6,628.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee's final report was approved on September 23, 2016.

| RE PROP # | 4 | -- | Debtor filed amended schedules with this account identified as a negative balance. |
| RE PROP # | 5 | -- | Asset scheduled on an amended schedules.  The Debtor received $400 more than scheduled for their tax refund. |
| RE PROP # | 6 | -- | These funds were fully liened. |

Initial Projected Date of Final Report (TFR):         Current Projected Date of Final Report (TFR):

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 16-01022 | Trustee Name: Zane L. Zielinski | |
| Case Name: Jose J. Guevara | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX4537 | |
| | Checking | |
| Taxpayer ID No: XX-XXX3680 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 10/13/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/12/16 | | American Auctions Associates, Inc.<br>508 West Brittany Drive<br>Arlington Heights, IL 60004 | Auctioneer Expenses | | $4,425.49 | | $4,425.49 |
| | | | Gross Receipts          $4,800.00 | | | | |
| | | American Auction Associates, Inc.<br>508 West Brittany Drive<br>Arlington Heights, IL | Bank Account              ($374.51) | 3620-000 | | | |
| | 2 | | 1986 Chevrolet Monte Carlo SS    $4,800.00 | 1129-000 | | | |
| 04/28/16 | 5 | Jose J. Guevara<br>TCF National Bank Money Order | 2015 tax refund | 1229-000 | $1,000.00 | | $5,425.49 |
| 04/28/16 | 5 | Jose Guevara | Tax Refund | 1229-000 | $828.00 | | $6,253.49 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,243.49 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,233.49 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,223.49 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,213.49 |
| 09/23/16 | 5001 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $1,423.50 | $4,789.99 |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order.  ($1,412.80) | 2100-000 | | | |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order.    ($10.70) | 2200-000 | | | |

| | | | Page Subtotals: | | $6,253.49 | $1,463.50 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 16-01022 | Trustee Name: | Zane L. Zielinski |
| Case Name: | Jose J. Guevara | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX4537 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3680 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/13/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/23/16 | 5002 | Total Finance Ac, Llc<br>3400 N Pulaski<br>Chicago, Il 60641 | Final distribution to claim 1 representing a payment of 20.54 % per court order. | 7200-000 | | $4,789.99 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $6,253.49 | $6,253.49 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $6,253.49 | $6,253.49 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,253.49 | $6,253.49 |

Page Subtotals: $0.00 $4,789.99

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4537 - Checking | $6,253.49 | $6,253.49 | $0.00 |
|  | $6,253.49 | $6,253.49 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $374.51 |
| Total Net Deposits: | $6,253.49 |
| Total Gross Receipts: | $6,628.00 |

Page Subtotals:   $0.00   $0.00